UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANTHONY HARRIS, et al.** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 15-2554** |
| **PONTCHARTRAIN HOMEOWNER'S ASSOCIATION, LLC, et al.** | **SECTION: "G"(2)** |

## ORDER

On September 1, 2016, the Court ordered the above captioned matter stayed and administratively closed.[1] The Court further ordered that if Plaintiffs Anthony Harris and Laqunior Harris "fail to appear for their depositions, to be rescheduled as necessary, within three months of this Order, their case will be dismissed with prejudice."[2] Three months have passed since the Court's September 1, 2016 Order, and Plaintiffs have not appeared for their scheduled depositions[3] or taken any other action in this case. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' claims against Defendants Pontchartrain Homeowner's Association, LLC, Donna Signorelli, Rebecca Smith, and Amanda Roublau are **DISMISSED WITH PREJUDICE.**

**NEW ORLEANS, LOUISIANA**, this  2nd   day of December, 2016.

*Nannette Jolivette Brown*
**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**

---

[1] Rec. Doc. 59 at 11.

[2] *Id.*

[3] *See* Rec. Doc. 66 at 3.

1